**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VICTOR H. CASTILLO,

        Plaintiff,

        v.

EDWARD BORLA, et al.,

        Defendants.

Case No.  26-cv-04793-PHK

**ORDER OF REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP WITH EARLIER-FILED CASE**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

        **IT IS SO ORDERED.**

Dated:  May 29, 2026

_____

PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California